UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **AUSTIN NEAL** | : | **CIVIL ACTION NO. 2:23-CV-01297** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **LOUISIANA PIGMENT CO. LP, ET AL.** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Considering the Report and Recommendation [doc. 40] of the Magistrate Judge and the objections [doc. 41] filed thereto, and after a *de novo* review of the record, the court finds that the Magistrate Judge's Report and Recommendation is correct and should be adopted. Accordingly,

**IT IS ORDERED** that Plaintiff's *Motion for Leave of Court to File First Supplemental and Amending Petition for Damages* [doc. 13] be **GRANTED**. Because the amendment adds the non-diverse party Troy Mercer,

**IT IS FURTHER ORDERED** that this matter be **REMANDED** to state court for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Chambers on this 16th day of October, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE